**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KENT D. SANXTER | ) | BANKRUPTCY CASE NUMBER 09-13747 |
| KAY L. SANXTER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 3 | Preferred Anesthesia Consultants<br>1818 Carew Street, #220<br>Fort Wayne, Indiana   46805 | $ 2.18 |
| CLAIM # 4 | Preferred Anesthesia Consultants<br>1818 Carew Street, #220<br>Fort Wayne, Indiana   46805 | $ 1.98 |
| CLAIM # 5 | Breast Diagnostic Center<br>Post Office Box 5602<br>Fort Wayne, Indiana   46895 | $ 1.78 |
| CLAIM # 7 | Merchants Retail Credit Association, Inc.<br>or Med & Dent Bus Bureau of Allen Co, Inc.<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana   46857 | $ 2.88 |
| | **TOTAL:** | **$ 8.82** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at [USTPRegion10.SO.ECF@usdoj.gov](mailto:USTPRegion10.SO.ECF@usdoj.gov),, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

            ____/s/ Yvette Gaff Kleven_____
            Yvette Gaff Kleven